# ALABAMA COURT OF CRIMINAL APPEALS



August 15, 2025

**CR-2024-0193**

Nicholas R. Dunlap v. State of Alabama (Appeal from Bibb Circuit Court: CC-14-6.60 and CC-14-6.61)

## <u>NOTICE</u>

You are hereby notified that on August 15, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk